Jorge Rodriguez **MIRANDA;**
et al., **Petitioners,**

v.

Michael B. **MUKASEY, Attorney General, Respondent.**

No. 05–73497.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 8, 2008.*

Filed Dec. 10, 2008.

Michelle Gonzalez, Esquire, Law Office of Michelle Gonzalez, Huntington Park, CA, for Petitioner.

CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Vanessa Lefort, Emily Anne Radford, U.S. Department of Justice, Washington, DC, for Respondent.

Before: BRUNETTI, SILVERMAN and BEA, Circuit Judges.

MEMORANDUM **

Jorge Rodriguez Miranda, his wife Gabriela Avila–Peralta, and their three children, Isabel Rodriguez, Mariana Rodri-

---

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

guez, and Gabriel Leyva–Avila, petition for review of the Board of Immigration Appeals' decision affirming the Immigration Judge's denial of their application for cancellation of removal.

We have jurisdiction over Petitioners' constitutional argument. They contend that their right to equal protection is violated because similarly-situated aliens from countries covered under the Nicaraguan Adjustment and Central American Relief Act ("NACARA") benefit from relaxed requirements for relief. We previously have rejected this argument. *See Jimenez–Angeles v. Ashcroft,* 291 F.3d 594, 602–03 (9th Cir.2002) ("NACARA easily satisfies the rational basis test[.]"); *Ram v. I.N.S.,* 243 F.3d 510, 517 (9th Cir.2001).

PETITION DENIED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.